Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. ******1717/ Our File No. 09-10-20395

Attorney for Secured Creditor
Chase Home Finance, LLC

ECF FILED ON 11/11/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

TIMOTHY KUHLMAN,
JENNIFER KUHLMAN

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 09-27801-BAM

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO: **TIMOTHY KUHLMAN and JENNIFER KUHLMAN**     DEBTORS
TO: **Charles Wright, Esq.**     **ATTORNEY FOR THE DEBTOR(S)**
TO: **Kathleen A. Leavitt**     **CHAPTER 13 TRUSTEE**
TO: **ALL INTERESTED PARTIES**
TO: **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN** that Chase Home Finance, LLC, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Date: November 11, 2009

_/s/ Michael W. Chen_
Michael W. Chen, Esquire
Attorney for Secured Creditor
Chase Home Finance, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on November 11, 2009, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

| COUNSEL FOR DEBTOR(S) | TRUSTEE |
|---|---|
| Charles Wright, Esq. | Kathleen A. Leavitt |
| Todd.wright@pietwright.com | courtsecf@las13.com |

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Yvette Deriada_
An employee of THE COOPER CASTLE LAW FIRM